**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: JOSE T. CANTU, JR.                     Case Number: 04-74533
1313 HARLEM ROAD                 SSN-xxx-xx-7631
MACHESNEY PARK, IL  61115

Case filed on: 9/13/2004
Plan Confirmed on: 12/3/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $22,746.44          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JEFFREY A BIVENS | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
|  | Total Legal | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
| 012 | KATHRYN A, KLEIN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOSE T. CANTU, JR. | 0.00 | 0.00 | 1,032.72 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,032.72 | 0.00 |
| 001 | ALPINE BANK & TRUST CO | 19,792.43 | 0.00 | 0.00 | 0.00 |
| 002 | ASSOCIATED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 19,792.43 | 0.00 | 0.00 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 4,118.91 | 4,118.91 | 4,118.91 | 0.00 |
| 004 | ROUNDUP FUNDING LLC | 6,462.26 | 6,462.26 | 6,462.26 | 0.00 |
| 005 | COMMERCE BANK NA | 913.81 | 913.81 | 913.81 | 0.00 |
| 006 | PORTFOLIO RECOVERY ASSOCIATES | 4,829.52 | 4,829.52 | 4,829.52 | 0.00 |
| 007 | RADIOLOGY CONSULTANTS ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ALLIED BUSINESS ACCOUNTS INC | 1,333.04 | 1,333.04 | 1,333.04 | 0.00 |
| 009 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | TDS METROCOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | YELLOW BOOK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 17,657.54 | 17,657.54 | 17,657.54 | 0.00 |
|  | Grand Total: | 40,049.97 | 20,257.54 | 21,290.26 | 0.00 |

Total Paid Claimant:     $21,290.26
Trustee Allowance:       $1,456.18          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     100.00         discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009          By  /s/Heather M. Fagan